# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MANUEL BALDERAS,<br><br>    Defendant. | No. 10mj175<br><br>**ORDER** |

At the parties' request, the detention hearing previously scheduled for July 16, 2010, at 10:00 a.m. is **cancelled**. The preliminary examination is rescheduled to **July 27, 2010, at 10:00 a.m.**

**IT IS SO ORDERED.**

**DATED** this 15th day of July, 2010.

*[signature]*

PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT